USAO Rev. 05/23

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | ) |   |
|---|---|---|
|   | ) |   |
| v. | ) |   |
|   | ) | Criminal Action No. 23-88-MN |
| ROMULO AGUILAR AGUILAR, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

## ORDER

**AND NOW**, this 19TH day of December, 2024, upon consideration of the government's motion for a downward departure pursuant to Section 5K3.1 of the United States Sentencing Guidelines, the Court hereby ORDERS that:

(1) the defendant is eligible for the District of Delaware's Illegal Reentry Fast-Track Program; and

(2) the government's motion for a two-level downward departure from the otherwise applicable guideline range under United States Sentencing Guideline Section 5K3.1 is hereby **GRANTED.**

_____
THE HONORABLE MARYELLEN NOREIKA
United States District Court